statute excludes recovery for "objects cast off or cast up by the hit-and-run vehicle, whether it be ice accumulated on the vehicle or pebbles or rocks or debris on the roadway surface." The metal plate which here allegedly caused respondent's injury falls into this category. Concur—Sullivan, J. P., Milonas, Ross, Asch and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MELVIN GAYLE, Appellant.—Judgment, Supreme Court, Bronx County (Gerald Sheindlin, J.), rendered on June 21, 1988, convicting defendant upon a plea of guilty of attempted robbery in the third degree and sentencing defendant to an indeterminate term of imprisonment of 1 to 3 years, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that court and by submitting such application to the Clerk of that court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Carro, J. P., Milonas, Ellerin, Kupferman and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC JEMISON, Also Known as ERIC WHITESIDE, Appellant.—Judgment, Supreme Court, New York County (Frank Blangiardo, J.), rendered on June 3, 1987, convicting defendant of forgery in the second degree and sentencing defendant to a definite term of imprisonment of one year, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.)* We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply